UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES, et al.,

    Plaintiffs,

    v.

H & H BUILDERS, INC., et al.,

    Defendants.

_____/

No. C 11-2789 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J