UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> H & H BUILDERS, INC. ET AL, <br><br> Defendant(s). | No. C-11-02789-PJH (DMR) <br><br> **NOTICE OF REFERENCE AND ORDER RE MOTION PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Donna M. Ryu for a Report and Recommendation on Plaintiffs' Motion for Default Judgment. Please be advised that the noticed date for the motion filed before the District Court prior to this referral is no longer in effect. You are hereby notified that the hearing is rescheduled for **March 15, 2012 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

1. Parties shall comply with the procedures in this order, the Federal Rules of Civil Procedure, and the Northern District of California's Local Rules, General Orders, and General Standing Orders. Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to

chambers) are available at http://www.cand.uscourts.gov (click "Rules" link on left side).  The parties' failure to comply with any of the rules or orders may be a ground for sanctions.

## LAW AND MOTION PROCEDURES

2.   Civil motions are heard on the second and fourth Thursdays of the month at 11:00 a.m.  Parties should notice motions pursuant to the local rules.  Parties need not reserve a hearing date in advance, but should confirm the court's availability on the on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar, click link to "Scheduling Information and Unavailability").  Noticed hearing dates may be reset as the court's calendar requires.  For scheduling questions, please call Judge Ryu's courtroom deputy, Ivy Garcia at (510) 637-3639.

3.   All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

4.   The court has found that it is often efficient and beneficial for the parties if counsel appear *in person at hearings*.  For this reason, the court expects counsel to appear in person, unless they make a prior application showing good cause as to why the court should permit a telephonic appearance.  Permission for a party to attend by telephone may be granted, in the court's discretion, upon written request made at least two weeks in advance of the hearing, if the court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing.  The facts establishing good cause must be set forth in the request.

## CHAMBERS COPIES AND PROPOSED ORDERS

5.   Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers."  Chambers copies shall be printed on three-hole punch paper (including all exhibits) and submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number,"Magistrate Judge Donna M. Ryu," and "Chambers Copy." In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically.  Any proposed stipulation or proposed order in a case subject

to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed. This address is to be used only for proposed orders unless otherwise directed by the court.

Upon receipt of this order, Plaintiffs shall serve a copy on Defendants and file proof of service with the Court.

IT IS SO ORDERED.

Dated: February 14, 2012

DONNA M. RYU
United States Magistrate Judge